# Chaim M. Friedman
*Pro Se.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

**Via Pro Desk,**
The Honorable Nelson S. Roman

**PETITION FOR SUBSTITUTION OF SERVICE UPON DEFENDANT SETH EISENBERGER**

**Case # 7:25-CV-7123 (NSR)**

Dear Judge Roman:

On 10/13/2025, I filed (Docket 42) a petition requesting the courts approval for substitution of process of service of this case 25-CV-7123 upon Mr. Eisenberger. The Pro Desk ultimately posted the petition in the related case 22-CV-3025 (72) as well. Mr. Hahn, the attorney for Mr. Eisenberger has not responded, nor has he produced a Waiver of Service. As we are approaching 90 days from inception of case, and the court has set a schedule for pleadings, I again request to be able to serve the remaining defendant Mr. Eisenberger through his attorney in the related case, as outlined in my previous request. I attach my previous petition below.

Respectfully,

*"/s/Chaim Friedman;" pro se*,

**MEMO ENDORSED**

The Court is in receipt of *pro se* Plaintiff's letter motion, dated November 18, 2025, seeking substitution of service upon Defendant Seth Eisenberger. (ECF No. 50.) The Court denies Plaintiff's request without prejudice. Plaintiff must first demonstrate that he has good cause to substitute his service upon Defendant Eisenberger. A "good cause" extension requires a showing of reasonable diligence in trying to effect proper service upon a defendant. *See Henneberry v. Borstein*, 91 A.D.3d 493, 496 1st Dep't 2012. The Court therefore directs Plaintiff to submit a sworn declaration and/or affirmation explaining his efforts of serving Defendant Eisenberger consistent with federal and state law. The Clerk of Court is kindly directed to terminate the motion at ECF No. 50 and to mail this Endorsement to *pro se* Plaintiff at the address listed on ECF and to show service on the docket.

Dated: November 19, 2025
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge